ACCEPTED
14-14-00169-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/26/2015 8:58:16 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00169-CV

*On Appeal to the Fourteenth Court of Appeals,*

*Houston, Texas*

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/26/2015 8:58:16 PM
CHRISTOPHER A. PRINE
Clerk

**KYLE TAUCH, TRANQUILITY APARTMENTS
GENERAL CORPORATION and
TRANQUILITY APARTMENTS, LTD.**
Appellants

**v.**

**JOEL R. SCOTT**
Appellee

## NOTICE OF ADDRESS CHANGE

TO THE HONORABLE COURT & ALL COUNSEL:

Counsel for the Appellants will be changing their address to the below indicated address immediately. We are looking forward to our new, larger office.

Respectfully submitted,

_____/s/ MB CHIMENE_____

THE CHIMENE LAW FIRM
2827 Linkwood Dr.
Houston, TX. 77025-3809
(832) 804-9018
No fax available
michelec@airmail.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above Notice was sent this day, March 26th, 2015 to the following by ECF and certified mail:

Chad Flores
Beck Redden, LLP
1221 McKinney, Ste. 4500
Houston, TX. 77010

_____/s/ MB CHIMENE_____